**Dismiss and Opinion Filed August 7, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00959-CV

## IN THE INTEREST OF D.R.G. AND K.A.G., CHILDREN

**On Appeal from the 397th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. FA-10-1726**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Brown
Opinion by Chief Justice Wright

By motion filed July 24, 2014, appellant moves to DISMISS the appeal on the ground

that the parties have resolved all outstanding issues. *See* TEX. R. APP. P. 42.1(a)(1). We grant the

motion and dismiss the appeal. *See id.*

140959F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

IN THE INTEREST OF D.R.G. AND
K.A.G., CHILDREN

No. 05-14-00959-CV

On Appeal from the 397th Judicial District
Court, Grayson County, Texas
Trial Court Cause No. FA-10-1726.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Brown
participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee James Gradel recover his costs, if any, of this appeal from appellant Karen Gradel.

Judgment entered August 7, 2014